# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) | |
| WILD WATER FLY FISHING | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  17-cv-06694 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT FOR TAX REFUND

Plaintiff, Wild Water Fly Fishing ("Wild Water"), by and through counsel, brings this action for tax refund against the United States of America for the 2014 through 2016 taxable years, inclusive.  In support thereof, Plaintiff alleges as follows:

### I.    Cause of Action

1.    This is an action pursuant to 26 U.S.C. § 7422 for the recovery of Internal Revenue taxes which were erroneously and improperly assessed and collected from Plaintiffs, which the Plaintiffs have paid in full and which are due to be refunded, with interest and costs.

### II.    Jurisdiction

2.    This Court has jurisdiction pursuant to 26 U.S.C. § 7422 and 28 U.S.C. § 1346.

### III.    Venue

3.    Venue is proper on this judicial district under 28 U.S.C. §§ 1391(e) and 1402 because plaintiff Wild Water has its principal place of business in this judicial district, and because the defendant is the United States of America.

## IV.     Parties

4.      Wild Water is a corporation organized under the laws of New York.  Currently, and during all relevant quarters, Wild Water was a corporate resident of the State of New York.  Wild Water's current mailing address is 237 Lake Road, Ontario, NY 14519.

5.      United States of America is named as the Defendant pursuant to 26 U.S.C. § 7422(f)(1).  The Internal Revenue Service is an agency of Defendant.

## V.     Statement of Facts

6.      Wild Water was founded in 2006 by Eric Dodds, who sought to combine his mechanical engineering and manufacturing experience with his love of fishing.

7.      Wild Water is in the business of selling sport fly fishing equipment.

8.      To that end, Wild Water purchases fishing rod components and tackle from suppliers worldwide according to Wild Water's product design, assembly method, and component specifications.

9.      Wild Water sells these components individually, but also assembles and packages completed "kits" to consumers.

10.      Wild Water sells the products exclusively under its own name through online fulfillment companies and is responsible for shipping its products to consumers.

### a.  Wild Water's Excise Tax Obligation and The IRS Audit

11.      Wild Water determined that it had a federal excise tax obligation pursuant to I.R.C. § 4161(a)(1).

12.      Pursuant to I.R.C. §§ 4161(a)(1) and 4216 and the accompanying Treasury Regulations, Wild Water calculated its tax liability to be 10% of the price for which the materials were sold by the foreign manufacturers to Wild Water.

13.     Wild Water timely and consistently filed quarterly Forms 720 and paid the tax shown on those returns.

14.     The IRS initiated audit of the Wild Water's Forms 720 excise tax returns for all quarters of 2014 and 2015.

15.     On May 16, 2016, IRS issued its audit report, reflecting $30,036.00 in proposed adjustments across all eight quarters at issue.

16.     The IRS based its arguments on an interpretation of Revenue Ruling 81-226, which holds that "the constructive sale price for computing the manufacturer's excise tax imposed by section 4161(a) of the Code when the articles are sold at retail by manufacturers, producers, or importers who do not sell like articles to wholesale distributors, is 60 percent of the actual selling price, after taking into account the adjustments provided by section 4216."  That formula has no foundation in the Internal Revenue Code, Treasury Regulations, or case law, and has no appropriate application to this case.

17.     Plaintiff timely protested the examination report, and the matter was sent for consideration in IRS Appeals.

18.     Plaintiff was represented by the undersigned counsel at its Appeals conference.

19.     Despite the argument set forth in Plaintiff's protest, its reply to IRS's rebuttal, and the case briefing requested by the Appeals' Officer during the conference, the Appeals Officer advised Plaintiff's representative, via telephone on February 2, 2017, that he was giving "deference" to the Agent's determination and sustaining the IRS' position in full.  The Appeals Officer advised that he gave such "deference" because the Agent "specialized" in excise tax while he and Petitioner's counsel did not.

20.     On February 3, 2017, Plaintiff submitted a Qualified Offer pursuant to 26 U.S.C. § 7430(g) to the Appeals Officer.  To date, Plaintiff has not received a response to that Offer.  A copy of the Qualified Offer is attached hereto as **Exhibit A**.

21.     Pursuant to 26 U.S.C. § 7430(g)(1)(D), that Qualified Offer was deemed rejected on May 4, 2017.

22.     By letter dated February 15, 2017, Plaintiff received an IRS determination letter sustaining the IRS' proposed adjustments in full.  That letter failed to provide any legal basis for its position.  A copy of that letter is attached hereto as **Exhibit B**.

23.     Pursuant to the IRS' determination, it assessed the following amounts against the Plaintiff:

| Quarter | Tax Assessed |
|---------|--------------|
| Q1 2014 | $1,663.00 |
| Q2 2014 | $2,855.00 |
| Q3 2014 | $3,399.00 |
| Q4 2014 | $3,953.00 |
| Q1 2015 | $2,624.00 |
| Q2 2015 | $2,556.00 |
| Q3 2015 | $3,335.00 |
| Q4 2015 | $9,651.00 |

**b.   Payment**

26.     Excise tax is a divisible tax under *Flora v. United States*, 362 U.S. 145 (1960).

27.     Accordingly, Plaintiff Wild Water is required to pay only the tax for one quarter for its entire refund and abatement claim to be valid.

28.     By letter dated March 22, 2017, Plaintiff paid the tax assessed for Q1 2014 ($1,663.00) in full.  A copy of that payment is attached hereto as **Exhibit C**.

29.     Beginning the first quarter of 2016 through present, Plaintiff has been calculating and paying its excise tax on Form 720 pursuant to the IRS' formula, under protest, so that it may protect against the Service's imposition of penalties and, at the same time, protect its rights to recoup refund for such payments.

**VI.     Procedural History - Administrative Claim for Refund**

30.     I.R.C. § 7422(a) requires that Taxpayers file a claim for refund with the Secretary prior to filing suit in the District Court.

31.     Pursuant to that provision, on April 17, 2017, Plaintiff filed Forms 843 Claim for Refund and Request for Abatement for Q1 2014 – Q4 2016, inclusive, requesting a refund of the Q1 2014 payment and Q1-Q4 2016 overpayments and an abatement of the assessed amounts for Q2 2014 – Q4 2015, inclusive.  Plaintiff included a recitation of facts and a legal analysis supporting its claim, along with a copy of the Qualified Offer that had been submitted to the Appeals Officer.

32.     I.R.C. § 6532 further provides that no suit may be filed "before the expiration of 6 months from the date of filing the claim required under such section unless the Secretary renders a decision thereon within that time."

33.     In response to Plaintiffs' Forms 843, the Internal Revenue Service's Cincinnati Campus, by correspondence dated June 9, 2017, advised that they cannot "process your claim for the tax periods listed above….one or more of the ITINs associated with your request is expired.

You will need to file Form W-7, Application for IRS Individual Taxpayer Identification Number, with supporting documentation, along with a completed Form 1040X, Amended U.S. Individual Income Tax Return, to renew the ITINs."

34.     That letter further advised: "You have filed fishing claims on Forms 843 requesting tax abatement for the above periods which have been denied by the Appeals department.  You have not provided any new information to change our decision.  The only option you have at this time is to litigate this issue by filing a claim with the US Tax Court per IRS Publication 510, if you disagree with our decision."  A copy of that letter is attached hereto as **Exhibit D**.

35.     Plaintiff replied to that correspondence with a letter requesting clarification that the June 9th correspondence constituted a denial pursuant to I.R.C. § 6532, as Plaintiff's claim does not involve ITINs or Form 1040X.

36.     Plaintiff's representative received a voicemail from an IRS representative on July 17, 2017, confirming that Plaintiff's administrative refund claim had been denied.

**WHEREFORE,** Plaintiffs respectfully demand judgment in their favor and against the Defendant United States of America:

(1)     For a refund in the amount of $1,663.00 as the amount of the assessed tax paid for Q1 2014, plus interest as provided by law;

(2)     For an abatement in the amount of $2,855.00 as the amount of the of the assessed tax for Q2, 2014;

(3)     For an abatement in the amount of $3,399.00 as the amount of the of the assessed tax for Q3, 2014;

(4)     For an abatement in the amount of $3,953.00 as the amount of the of the assessed tax for Q4, 2014;

(5)     For an abatement in the amount of $2,624.00 as the amount of the of the assessed tax for Q1, 2015;

(6)     For an abatement in the amount of $2,556.00 as the amount of the of the assessed tax for Q2, 2015;

(7)     For an abatement in the amount of $3,335.00 as the amount of the of the assessed tax for Q3, 2015;

(8)     For an abatement in the amount of $9,651.00 as the amount of the of the assessed tax for Q4, 2015;

(9)     For a refund in the amount of $2,100.08 as the amount of the erroneous tax paid under protest for Q1 2016, plus interest as provided by law;

(10)     For a refund in the amount of $5,749.61 as the amount of the erroneous tax paid under protest for Q2 2016, plus interest as provided by law;

(11)     For a refund in the amount of $2,913.87 as the amount of the erroneous tax paid under protest for Q3 2016, plus interest as provided by law;

(12)     For a refund in the amount of $5,345.43 as the amount of the erroneous tax paid under protest for Q4 2016, plus interest as provided by law; and

(13)     For Plaintiff's costs, attorney's fees, and any such other relief as this Court deems fair and appropriate.

DATED: October 6, 2017                    Respectfully Submitted,


                                          ANDREOZZI BLUESTEIN LLP


                          By:     /s/Randall P. Andreozzi_____
                                  Randall P. Andreozzi, Esq.
                                  9145 Main Street
                                  Clarence, NY 14031
                                  T: (716) 565-1100
                                  F: (716) 565-1920
                                  rpa@andreozzibluestein.com


                          By:     /s/Heather L. Marello_____
                                  Heather L. Marello, Esq.
                                  9145 Main Street
                                  Clarence, NY 14031
                                  T: (716) 565-1100
                                  F: (716) 565-1920
                                  hlm@andreozzibluestein.com

# EXHIBIT A



**NORTHTOWN**
9145 Main St. Clarence, NY 14031
P 716-565-1100   F 716-565-1920

**SOUTHTOWN**
501 West 3rd St. Suite 5 Jamestown, NY 14701
P 716-281-0980   F 716-296-0218

February 3, 2017

**<u>Via U.S. Certified Mail & Facsimile (2 Pages)</u>**
Internal Revenue Service
Gary R. Mack, Appeals Officer
130 South Elmwood Ave., Suite 125
Buffalo, NY 14202
Efax: 888-323-7459

> Re:   **Wild Water Fly Fishing (EIN:         )**
> **Qualified Offer under IRC § 7430(g) and Treas. Reg. § 301.7430**
> **Form: 720     Taxable Year: 1/1/2014-12/31/2015 ALL QUARTERS**

Dear Appeals Officer Mack:

This qualified offer is made for the purposes of IRC § 7430(g), and refers to the IRS Appeals proceeding involving the Service's proposed penalties for Form 720 for all quarters during the 2014 and 2015 taxable years.  The Service proposes the following deficiencies against Wild Water Fly Fishing ("Wild Water") for those periods:

| Period | Proposed Tax Deficiency |
|--------|-------------------------|
| 2014-03 | $1,663.00 |
| 2014-06 | $2,855.00 |
| 2014-09 | $3,399.00 |
| 2014-12 | $3,953.00 |
| 2015-03 | $2,624.00 |
| 2015-06 | $2,556.00 |
| 2015-09 | $3,335.00 |
| 2015-12 | $9,651.00 |
| **TOTAL** | $30,036.00 |

In Wild Water's protest, its reply to the IRS's rebuttal, our Appeals Conference, and supplemental briefing after that conference, we thoroughly presented and analyzed the statute and regulations governing Wild Water, establishing Wild Water's compliance with such authority, and addressed the IRS's arguments regarding the application and effect of Revenue Ruling 81-226.  Despite Wild Water's compliance with the applicable statute and regulations, we received notification from you that Appeals intends to sustain the position of exam in full.  You expressly stated that you gave "deference" to the examiner's arguments because she specializes in excise tax and explained that, even if you were to agree with our position, that the case would be reviewed by an excise tax

specialist and you would likely be directed to affirm the position of exam regardless of our arguments.  Indeed, you presented no legal or factual analysis to dispute our presentation.

Aside from any arguments regarding whether Appeals conducted an *independent* review in this matter, a Revenue Ruling cannot circumvent Congressional Authority or a Treasury Regulation, and all binding guidance in this case supports Wild Water's position.  The IRS has yet to assert any colorable legal argument to rebut Wild Water's arguments.  So, while you attempted to discourage a Qualified Offer by stating that the procedure would be a waste of taxpayer resources and suggested that we pursue our legal remedy with the District Court, Wild Water presents this Qualified Offer, as instances such as these are precisely why Qualified Offers exist.

Pursuant to the regulations, the taxpayer hereby offers to pay 1% of the proposed assessments for each quarter in the IRS 30-Day letter for a total $300.36 in full settlement of all proposed tax deficiencies in this matter for the 2014-2015 taxable years.  This offer is in full settlement of all substantive issues for the 2014-2015 taxable years upon which this proceeding before IRS Appeals was based.

Pursuant to the regulations, this qualified offer is effective beginning today and ending on the earliest of (1) the date the offer is rejected; (2) the date trial begins; or (3) the 90th day after today.  The taxpayer represents that he has disclosed all relevant information concerning the issues raised in this case.

The taxpayer represents that if accepted, this qualified offer will resolve all of the issues for the tax period covered by the offer currently before IRS Appeals.  As you are aware, if we are required to litigate this issue and are determined to be the prevailing party, we will be entitled to an award of attorney's fees.

This qualified offer is sent to IRS Appeals Officer Gary R. Mack in Buffalo, New York as required by the regulations, to assure the taxpayer's qualified offer is received by the office with jurisdiction over the case at the time the qualified offer is made, and to facilitate the government's ability to act expeditiously on this qualified offer.  If your case file has been forwarded elsewhere, please send this Offer to the appropriate representative.

Very Truly Yours,

Heather L. Schmidt, Esq.

Randall P. Andreozzi, Esq.

cc:  Wild Water Fly Fishing

# Xerox Color C60
## Transmission Report

| | |
|---|---|
| G3-ID | 1111 |
| Local Name | XEROX C60 |
| Company Logo | XEROX |

Date & Time : 02/03/2017  2:39 PM
Page : 1(Last Page)

The job has been sent.
Original Size: 8.5 x 11"

 **ANDREOZZI BLUESTEIN** LLP
*Solving Tax Problems*

NORTHTOWN
9145 Main St, Clarence, NY 14031
P 716-565-1000  F 716-565-1020

SOUTHTOWN
601 West 3rd St, Suite 5 Jamestown, NY 14701
P 716-285-0980  F 716-285-0218

February 3, 2017

**Via U.S. Certified Mail & Facsimile (2 Pages)**
Internal Revenue Service
Gary R. Mack, Appeals Officer
130 South Elmwood Ave., Suite 125
Buffalo, NY 14202
Efax: 888-323-7459

    Re:   **Wild Water Fly Fishing (EIN:** ▬▬▬ **)**
        **Qualified Offer under IRC § 7430(g) and Treas. Reg. § 301.7430**
        **Form: 720   Taxable Year: 1/1/2014-12/31/2015 ALL QUARTERS**

Dear Appeals Officer Mack:

    This qualified offer is made for the purposes of IRC § 7430(g), and refers to the IRS Appeals proceeding involving the Service's proposed penalties for Form 720 for all quarters during the 2014 and 2015 taxable years. The Service proposes the following deficiencies against Wild Water Fly Fishing ("Wild Water") for those periods:

| Period | Proposed Tax Deficiency |
|---|---|
| 2014-03 | $1,663.00 |
| 2014-06 | $2,855.00 |
| 2014-09 | $3,399.00 |
| 2014-12 | $3,953.00 |
| 2015-03 | $2,624.00 |
| 2015-06 | $2,556.00 |
| 2015-09 | $3,335.00 |
| 2015-12 | $9,651.00 |
| TOTAL | $30,036.00 |

    In Wild Water's protest, its reply to the IRS's rebuttal, our Appeals Conference, and supplemental briefing after that conference, we thoroughly presented and analyzed the statute and regulations governing Wild Water, establishing Wild Water's compliance with such authority, and addressed the IRS's arguments regarding the application and effect of Revenue Ruling 81-226. Despite Wild Water's compliance with the applicable statute and regulations, we received notification from you that Appeals intends to sustain the position of exam in full. You expressly stated that you gave "deference" to the examiner's arguments because she specializes in excise tax and explained that, even if you were to agree with our position, that the case would be reviewed by an excise tax

AndreozziBluestein.com

| # | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 7221 | 18883237459 | 2- 3;  2:38 PM | 51 Secs | 2/2 | ECM | | Completed |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

9214 8969 0099 9790 1201 8079 52

| Certified Mail Fee | |
|---|---|
| $ | **$0.670** |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ **$3.35**
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   **$1.45**
☐ Adult Signature Restricted Delivery   $

| Postage | |
|---|---|
| $ | **$0.00** |
| Total Postage and Fees | **$5.470** |
| $ | |

*Electronic Return Receipt Requested*

Postmark
Here

Code: ANZ-16-0020

Sent To   Internal Revenue Service
Gary R. Mack, Appeals Officer
130 South Elmwood Ave., Suite 125
Street, Apt. No.,   Buffalo, NY 14202
or PO Box No.
City, State, Zip+4

**PS Form 3800, April 2015**          **See Reverse for Instructions**

English          Customer Service          USPS Mobile                                              Register / Sign In

 USPS.COM®

# USPS Tracking®

**Still Have Questions?**
**Browse our FAQs ›**

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 92148969009997901201807952

**On Time**
**Updated Delivery Day:** Monday, February 6, 2017

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

### Available Actions

**Return Receipt Electronic**

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 6, 2017 , 10:27 am** | **Delivered, To Mail Room** | **BUFFALO, NY 14202** |

Your item has been delivered to the mail room at 10:27 am on February 6, 2017 in BUFFALO, NY 14202.

| | | |
|---|---|---|
| February 6, 2017 , 9:52 am | Out for Delivery | BUFFALO, NY 14202 |
| February 6, 2017 , 9:36 am | Sorting Complete | BUFFALO, NY 14202 |
| February 6, 2017 , 9:04 am | Arrived at Unit | BUFFALO, NY 14202 |
| February 6, 2017 , 12:55 am | Departed USPS Facility | BUFFALO, NY 14240 |
| February 5, 2017 , 12:47 pm | In Transit to Destination | |
| February 3, 2017 , 7:08 pm | Arrived at USPS Facility | BUFFALO, NY 14240 |
| February 3, 2017 , 5:53 pm | Accepted at USPS Origin Facility | CLARENCE, NY 14031 |

## Track Another Package

**Tracking (or receipt) number**

**Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



EXHIBIT B

**Internal Revenue Service**
Appeals Office
130 South Elmwood Avenue
Suite 125
Buffalo, NY  14202

RECEIVED

FEB 2 1 2017

Date: FEB 1 5 2017

Andreozzi Bluestein
Weber, Brown, LLP

HEATHER L SCHMIDT
9145 MAIN ST
CLARENCE NY  14031

**Department of the Treasury**

**Person to Contact:**
  Gary R Mack
  Employee ID Number: 1556529
  Tel:  716-961-5158
  Fax:  888-323-7459
  Contact Hours: 7:00 AM-3:30 PM
(ET)
**Refer Reply to:**
  AP:EX:BUF:GRM
**In Re:**
  Wild Water Fly Fishing
**SSN/EIN Number:**
  ███████

**Tax Period(s) Ended:**
  03/2014 06/2014 09/2014 12/2014
  03/2015 06/2015 09/2015 12/2015

Dear Ms. Schmidt:

We are sending you the enclosed material under the provisions of your power of attorney or other authorization we have on file.  For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please contact the person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

William Barthel

William P Barthel
Appeals Team Manager

**Internal Revenue Service**
Appeals Office
130 South Elmwood Avenue
Suite 125
Buffalo, NY  14202

Date: FEB 1 5 2017

WILD WATER FLY FISHING
ERIC DODDS
237 LAKE RD
ONTARIO NY  14519-9338

**Department of the Treasury**

**Person to Contact:**
   Gary R Mack
   Employee ID Number: 1556529
   Tel:  716-961-5158
   Fax:  888-323-7459
**Refer Reply to:**
   AP:EX:BUF:GRM
**Form Number:**
   720
**Tax Period(s) Ended:**
   03/2014 06/2014 09/2014 12/2014
   03/2015 06/2015 09/2015 12/2015

Dear Mr. Dodds:

Unfortunately, we were unable to reach an agreement on your case.  The excise tax liability as determined by Appeals will be assessed and you will receive a *Notice and Demand* for payment of the tax, penalty (if applicable) and interest owed.  The Excise Tax changes specified by exam on the Form 5385 dated May 16, 2016 and the associated Form 886-A that was previously provided to you remains unchanged.

If you disagree with this decision, you can pay the additional tax when assessed and file a claim for a refund within the applicable statutory period of limitations. Once the claim for refund is denied or 6 months elapse without any action by the Service, you may initiate suit in the United States District Court or the United States Court of Federal Claims.

If you have any questions, please contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

William P.
Barthel

William P Barthel
Appeals Team Manager

Copy to: Heather L. Schmidt, Esq.
         Christopher Sardone, CPA

EXHIBIT C



**NORTHTOWN**
9145 Main St. Clarence, NY 14031
P 716-565-1100   F 716-565-1920

**SOUTHTOWN**
501 West 3rd St. Suite 5 Jamestown, NY 14701
P 716-281-0980   F 716-296-0218

March 22, 2017

**Via Certified Mail**
Internal Revenue Service
Cincinnati, OH 45999-0039

    Re: **Wild Water Fly Fishing (EIN:** ███████
       **Form 720, Q1 (2014)**

Dear Sir/Madam:

  Our Firm represents Wild Water Fly Fishing ("Wild Water") with respect to its federal excise tax matters.  Enclosed please find Check No. 1018 in the amount of $1,663.00.  Please apply that amount to *tax only* for the above Taxpayer's Form 720 for the quarter ending 3/31/2014.

  Please do not hesitate to contact me at 716-565-1100 with any questions or concerns.  Thank you for your time and attention to this matter.

       Very Truly Yours,

       Heather L. Schmidt, Esq.

Cc: Wild Water Fly Fishing

1018

**WILD WATER FLY FISHING, LLC**
The Best Value in Fly Fishing
237 Lake Road
Ontairo, NY 14519
(585)-967-3474

50-17/223

DATE 3/20/17

PAY TO THE ORDER OF. UNITED STATES TREASURY                    $ 1663.00

One Thousand Six Hundred Sixty - Three AND 00/100 DOLLARS

**CHASE** ◯
JPMorgan Chase Bank, N.A.
Chase.com

-TAX ONLY-

FOR ▮▮▮▮▮ /FORM 720/Q1 2014

⑆00 1018⑆ ⑈▮▮▮▮▮⑆ ▮▮▮▮▮⑈                    MP

Code: ANZ-16-0020

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

9214 8969 0099 9790 1201 9921 91

Postmark
Here

Certified Mail Fee

$ $0.670

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $3.35
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $1.45
☐ Adult Signature Restricted Delivery $

Electronic Return Receipt Requested

Postage

$ $0.00

Total Postage and Fees

$ $5.470

Sent To   Internal Revenue Service
          Cincinnati, OH 4599-0039

Street, Apt. No.,
or PO Box No.
City, State, Zip+4

# USPS Tracking® Results

**FAQs** › **(http://faq.usps.com/?articleId=220900)**

Track Another Package +

Remove ✕

**Tracking Number:** 9214896900999790120192191

   Delivered

**Updated Delivery Day:** Monday, March 27, 2017 ⓘ

## Product & Tracking Information

**See Available Actions**

**Postal Product:**     **Features:**
First-Class Mail®     Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 27, 2017, 7:03 am** | **Delivered** | **CINCINNATI, OH 45999** |

Your item was delivered at 7:03 am on March 27, 2017 in CINCINNATI, OH 45999.

| | | |
|---|---|---|
| March 27, 2017, 5:47 am | Arrived at Unit | CINCINNATI, OH 45203 |
| March 24, 2017, 5:50 pm | In Transit to Destination | |
| March 23, 2017, 9:00 pm | Departed USPS Facility | CINCINNATI, OH 45234 |

# EXHIBIT D

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0062

RECEIVED

JUN 1 2 2017

Andreozzi Bluestein
LLP

WILD WATER FLY FISHING
ERIC DODDS MBR
% HEATHER LYNN MARELLO
9145 MAIN ST
CLARENCE  NY  14031-1928

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

✂

The IRS address must appear in the window.     Use for payments
                            0280122097
                                         Letter Number: LTR0916C
   BODCD-SB                               Letter Date  : 2017-06-09
                                         Tax Period   : 201403



                                         WILD WATER FLY FISHING
                                         ERIC DODDS MBR
                                         % HEATHER LYNN MARELLO
   INTERNAL REVENUE SERVICE              9145 MAIN ST
                                         CLARENCE  NY  14031-1928
   CINCINNATI  OH  45999-0062

JK WILD 03 2 201403 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0062

In reply refer to:  0280122097
June 09, 2017   LTR 916C   3
████████          201403 03        1
                                  00008704
                          BODC: SB

WILD WATER FLY FISHING
ERIC DODDS MBR
% HEATHER LYNN MARELLO
9145 MAIN ST
CLARENCE  NY  14031-1928

```
          Taxpayer identification number:    ████████
                       Kind of tax:  Excise
                    Amount of claims:  $        1,663.00

              Date claims received:  Apr. 26, 2017
                      Tax periods:  Mar. 31, 2014   June 30, 2014
                                    Sep. 30, 2014   Dec. 31, 2014
                                    Mar. 31, 2015
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

While processing your amended return for the tax period listed above,
we made some corrections that may affect your refund or balance due.
We made these changes because one or more of the ITINs associated with
your request is expired. You will need to file Form W-7, Application
for IRS Individual Taxpayer Identification Number, with supporting
documentation, along with a completed Form 1040X, Amended U.S.
Individual Income Tax Return, to renew the ITINs.

Please see the Attachment to Letter for an explanation regarding the
tax periods listed above.

You can get any of the forms or publications you need from our website
at www.irs.gov/formspubs or by calling 1-800-TAX-FORM
(1-800-829-3676).

If you have questions, you can call us at 1-866-699-4096.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____   Hours_____

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that can help protect your taxpayer rights. TAS can
offer you help if your tax problem is causing a hardship, or you've
tried but haven't been able to resolve your problem with the IRS. If

0280122097
June 09, 2017    LTR 916C   3
                    201403 03        1
                        00008705

WILD WATER FLY FISHING
ERIC DODDS MBR
% HEATHER LYNN MARELLO
9145 MAIN ST
CLARENCE  NY  14031-1928

you qualify for TAS assistance, which is always free, TAS will do
everything possible to help you. Visit www.taxpayeradvocate.irs.gov
or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS.
LITCs serve individuals whose income is below a certain level and who
need to resolve a tax problem with the IRS. LITCs provide professional
representation before the IRS or in court on audits, appeals, tax
collection disputes, and other issues for free or for a small fee.
For more information and to find an LITC near you, see the LITC page
at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low
Income Taxpayer Clinic List. This Publication is also available by
calling the IRS toll-free at 1-800-829-3676 or visiting your local
IRS office.

Thank you for your cooperation.

                              Sincerely yours,

                              Sherri A. Davis, Operations Manager
                              Centralized Specialty

Enclosures:
Copy of this letter
Publication 1, Your Rights as a Taxpayer
Attachment to Letter

CINCINNATI  OH  45999-0062

In reply refer to:  0280122097
June 09, 2017   LTR 916C   3
201403 03        1
00008704
BODC: SB

WILD WATER FLY FISHING
ERIC DODDS MBR
% HEATHER LYNN MARELLO
9145 MAIN ST
CLARENCE  NY  14031-1928

```
           Taxpayer identification number:
                        Kind of tax:  Excise
                     Amount of claims:  $      1,663.00

              Date claims received:  Apr. 26, 2017
                      Tax periods:  Mar. 31, 2014   June 30, 2014
                                    Sep. 30, 2014   Dec. 31, 2014
                                    Mar. 31, 2015
```

Dear Taxpayer:

We can't process your claim for the tax periods listed above.

While processing your amended return for the tax period listed above,
we made some corrections that may affect your refund or balance due.
We made these changes because one or more of the ITINs associated with
your request is expired. You will need to file Form W-7, Application
for IRS Individual Taxpayer Identification Number, with supporting
documentation, along with a completed Form 1040X, Amended U.S.
Individual Income Tax Return, to renew the ITINs.

Please see the Attachment to Letter for an explanation regarding the
tax periods listed above.

You can get any of the forms or publications you need from our website
at www.irs.gov/formspubs or by calling 1-800-TAX-FORM
(1-800-829-3676).

If you have questions, you can call us at 1-866-699-4096.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (   )_____  Hours_____

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that can help protect your taxpayer rights. TAS can
offer you help if your tax problem is causing a hardship, or you've
tried but haven't been able to resolve your problem with the IRS. If

0280122097

June 09, 2017    LTR 916C    3
                 201403 03          1
                 00008705

WILD WATER FLY FISHING
ERIC DODDS MBR
% HEATHER LYNN MARELLO
9145 MAIN ST
CLARENCE  NY  14031-1928


you qualify for TAS assistance, which is always free, TAS will do
everything possible to help you. Visit www.taxpayeradvocate.irs.gov
or call 1-877-777-4778.

Low Income Taxpayer Clinics (LITCs) are independent from the IRS.
LITCs serve individuals whose income is below a certain level and who
need to resolve a tax problem with the IRS. LITCs provide professional
representation before the IRS or in court on audits, appeals, tax
collection disputes, and other issues for free or for a small fee.
For more information and to find an LITC near you, see the LITC page
at www.taxpayeradvocate.irs.gov/litcmap or IRS Publication 4134, Low
Income Taxpayer Clinic List. This Publication is also available by
calling the IRS toll-free at 1-800-829-3676 or visiting your local
IRS office.

Thank you for your cooperation.



                    Sincerely yours,



                    Sherri A. Davis, Operations Manager
                    Centralized Specialty

Enclosures:
Copy of this letter
Publication 1, Your Rights as a Taxpayer
Attachment to Letter

## ATTACHMENT TO LETTER

| NAME:<br>WILD WATER FLY FISHING | Year(s)/Period(s) Ended:<br>3/31/14 – 12/31/16 |
| --- | --- |

### DISALLOWANCE

You have filed fishing claims on Form 843 requesting **tax abatement** for the above periods which have been **denied by the Appeals department**. You have not provided any new information to change our decision. The only option you have at this time is to litigate this issue by filing a claim with the US Tax Court per IRS Publication 510, if you disagree with our decision.